Order affirmed, without costs, in the following memorandum: Plaintiff client’s cause of action against defendant attorney for malpractice accrued, at the latest, when the áttorney-cliént relationship between them ended in 1966. (Cf., e.g.,
 
 Borgia
 
 v.
 
 City of New York,
 
 12 N Y 2d 151, 155;
 
 Siegel
 
 v.
 
 Kranis,
 
 29 A D 2d 477, 480; see, also, Note, 18 ALR 3d 985
 
 et seq.)
 
 Consequently, since the plaintiff’s suit for malpractice was commenced in 1970, the determination of the Appellate Division that the-plaintiff’s action was time-barred by the three-year period of limitations (CPLR 203; CPLR 214, subd. 6), though based on an earlier date of accrual, should be affirmed.
 

 Concur: Chief Judge Fetld and Judges Burke, Brbitel, Jasen, Gabrielli, Jones and Waohtler.